IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                Criminal Action No.07-00413-01-CR-W-NKL

v.

CARLIS A. SCOTT,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGES**:

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Catherine Connelly
      Case Agent:   KCPD Detective Corey Horaleck
      Defense:     Anita Burns

**OUTSTANDING MOTIONS**: Defendant's Motion In Limine (doc #28), Defendant's Motion In Limine (doc #29), and Defendant's Motion In Limine (doc #30).

**TRIAL WITNESSES**:
      Government: 13 with stipulations; 15 without stipulations
      Defendants:   1 witness, the defendant may testify

**TRIAL EXHIBITS**
      Government: 12 exhibits
      Defendant:    0 exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
      (  ) Definitely for trial;    (X) Possibly for trial;    ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days**

Government's case including jury selection: 1 ½ days
Defense case: ½ day

**STIPULATIONS**: The government has proposed stipulations as to chain of custody and lab reports from 3 different chemists.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Friday before the pretrial conference
Defense: Friday before the pretrial conference
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday April 16, 2008**
**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket commencing April 21, 2008.
**Please note:**

**IT IS SO ORDERED.**

>             */s/ SARAH W. HAYS*
>        SARAH W. HAYS
> UNITED STATES MAGISTRATE JUDGE