# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   07-0413-01-CR-W-NKL |
| | ) | |
| CARLIS A. SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On August 1, 2008, United States Chief Magistrate Judge James C. England

recommended that this Court (1) enter an order finding the Defendant incompetent to the extent

that he is unable to understand the nature and consequences of the proceedings against him or to

assist properly in his defense, (2) commit the Defendant to the custody of the Attorney General

pursuant to 18 U.S.C. § 4241(d)(1), for a reasonable period of time, not to exceed four months.

The parties have filed no objections.  After a *de novo* review of the record, the Court is

convinced that the recommendations of the Chief Magistrate are correct and should be adopted.

Accordingly, it is hereby

ORDERED that the Chief Magistrate's Report and Recommendation [Doc. # 59] is

ADOPTED.  It is further

ORDERED that prior to the expiration of the four-month period, the Court shall be

advised whether: there is a substantial probability that in the foreseeable future Defendant will

attain the capacity to permit the trial to proceed; or that the pending charges against him have

been disposed of according to law.

s/ NANETTE K.LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated:  September 8, 2008
Jefferson City, Missouri